

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00158-CV

IN THE INTEREST OF A.Q., JR., A CHILD

On Appeal from the 287th District Court
Bailey County, Texas
Trial Court No. 9771, Honorable Carry A. Baker, Presiding

June 3, 2019

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant A.Q. has filed a motion seeking voluntary dismissal of this appeal. The court finds the motion complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.

As no decision of the court has been delivered to date, we grant the motion. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. The parties have not presented an agreement for assessment of costs. Therefore, costs are assessed against appellant. TEX. R. APP. P. 42.1(d).

James T. Campbell
Justice